# UNITED STATES DISTRICT COURT

Southern District of Georgia, at Brunswick

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 SEP 23 AM 8: 50

CLERK C. Robinson
SO. DIST. OF GA.

*People of Georgia ex rel*
Patrick Roether
  Ambassador
150120 St. Route 82
Nahunta, Georgia 31553
And
P.O. 166
Meridian, Georgia, 31319
Cell: **912-324-0048**

MOTION TO SET HEARING DATE FOR
**PETITION FOR EMERGENC
WRIT OF HABEAS CORPUS**

Case # CV219-116   and
Case # CV219-117

Patrick Roether   Petitioner/relater

**Judge:**

On behalf of LaYah Roether   and
On behalf of YahCora Roether

## MOTION TO SET HEARING DATE

COMES NOW: Ambassador Patrick Roether and I notice this court that I filed Petitions for Writ of Habeas Corpuses on September 16, 2019, for LaYah and YahCora Roether, this court should have heard said petitions on its own motion, however since it has not done so, I hereby motion this court to set hearing date for Tuesday September 24, 2019 as the liberty interests of LaYah Roether and YahCora Roether are being violated and I request to be present for said hearing(s).

*Patrick Roether* 9-23-19

Patrick family Roether
Petitioner/relater herein